DAVID A. HUBBERT
Acting Assistant Attorney General
DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3395
202-307-0054 (Fax)
Dylan.c.cerling@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>PATRICK MENDOLA,<br><br>Respondent. | Case No. 3:15-cv-01902-SI |

**ORDER DISMISSING CASE**

This matter comes before the Court on the United States' motion to dismiss this proceeding pursuant to Fed. R. Civ. P. 41(a)(2), for mootness. Having thoroughly considered all relevant documents, the Court hereby ORDERS:

1. The United States' motion is GRANTED;

2. This case is hereby DISMISSED;

3. The Clerk of the Court is hereby directed to close this case.

//

//

1

SO ORDERED.

DATED THIS 17th DAY OF June, 2021.

                                                */s/ Michael H. Simon*
                                                THE HONORABLE JUDGE MICHAEL H. SIMON
                                                U.S. District Judge
                                                District of Oregon

Submitted by:

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3395
202-307-0054 (Fax)
dylan.c.cerling@usdoj.gov